**Tommie J. POLLARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98918.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 28, 2013.

Roxanna A. Mason, Assistant Public Defender, St. Louis, MO, for appellant.

Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## *ORDER*

PER CURIAM.

Tommie Pollard (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Movant asserts that his plea counsel provided ineffective assistance by failing to explain the consequences of entering an *Alford*[1] plea. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for

---

1. *North Carolina v. Alford*, 400 U.S. 25, 91 S.Ct. 160, 27 L.Ed.2d 162 (1970).